Certificate Number: 16339-PAE-DE-038768451

Bankruptcy Case Number: 24-12148



16339-PAE-DE-038768451

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2024, at 5:56 o'clock PM EDT, Debra Benekin completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 14, 2024            By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor