United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12148-amc |
| Debra Benekin | Chapter 7 |
| Stephen Morgan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 27, 2024 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Debra Benekin, Stephen Morgan, 944 E Johnson St C307, Philadelphia, PA 19138-3227 |
| 14900059 | | Temple University Health System, Inc., 3509 N Broad St, Philadelphia, PA 19140-4105 |
| 14900060 | | Thomas Jefferson University Hospitals Inc., Attn: Patient Billing, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Sep 28 2024 03:59:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 28 2024 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14900019 | | Email/Text: bncnotifications@pheaa.org | Sep 28 2024 00:15:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14900020 | + | Email/Text: bankruptcy@brinkshome.com | Sep 28 2024 00:15:00 | Brinks Home Security, Attn: Bankruptcy 1990 Wittington Pl, Dallas, TX 75234-1904 |
| 14900021 | | EDI: CAPITALONE.COM | Sep 28 2024 03:59:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14900022 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Ccb/solution, Po Box 182120, Columbus, OH 43218-2120 |
| 14900023 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Arizona Mail Order, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900024 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900025 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900026 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Blair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900027 | + | EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                          User: admin                                    Page 2 of 4

Date Rcvd: Sep 27, 2024                   Form ID: 318                                 Total Noticed: 49

| | | | |
|---|---|---|---|
| 14900028 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900029 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900030 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900031 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900032 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity/Alphaeon Visa, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900033 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900035 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenitybank/Onetop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900034 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenitybank/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14900036 | + EDI: WFNNB.COM | Sep 28 2024 03:59:00 | Comenitycb/solutions, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14900037 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2024 00:37:54 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900038 | EDI: DISCOVER | Sep 28 2024 03:59:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14900042 | EDI: CITICORP | Sep 28 2024 03:59:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14900039 | + EDI: AMINFOFP.COM | Sep 28 2024 03:59:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14900040 | + EDI: CBS7AVE | Sep 28 2024 03:59:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14900041 | EDI: IRS.COM | Sep 28 2024 03:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14900043 | + Email/Text: Mercury@ebn.phinsolutions.com | Sep 28 2024 00:14:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14900044 | + EDI: CBS7AVE | Sep 28 2024 03:59:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14900045 | + EDI: CBS7AVE | Sep 28 2024 03:59:00 | Monroe & Main, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14900046 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 28 2024 00:15:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14900047 | Email/Text: fesbank@attorneygeneral.gov | Sep 28 2024 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14900048 | EDI: PENNDEPTREV | Sep 28 2024 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14900048 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14900049 | ^ MEBN | Sep 28 2024 00:00:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14900050 | + EDI: CBS7AVE | Sep 28 2024 03:59:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |

District/off: 0313-2                           User: admin                                 Page 3 of 4

Date Rcvd: Sep 27, 2024                        Form ID: 318                            Total Noticed: 49

| | | | | |
|---|---|---|---|---|
| 14900051 | + EDI: CBS7AVE | | Sep 28 2024 03:59:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14900052 | EDI: SYNC | | Sep 28 2024 03:59:00 | Syncb/belk Dual Card, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14900053 | EDI: SYNC | | Sep 28 2024 03:59:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900054 | EDI: SYNC | | Sep 28 2024 03:59:00 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900055 | + EDI: SYNC | | Sep 28 2024 03:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900056 | EDI: SYNC | | Sep 28 2024 03:59:00 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900057 | + EDI: SYNC | | Sep 28 2024 03:59:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900058 | EDI: SYNC | | Sep 28 2024 03:59:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900061 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | Sep 28 2024 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14900062 | ^ MEBN | | Sep 28 2024 00:00:23 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14900063 | + EDI: WFFC2 | | Sep 28 2024 03:59:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

LYNN E. FELDMAN
                                   trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

District/off: 0313-2                                        User: admin                                        Page 4 of 4

Date Rcvd: Sep 27, 2024                                    Form ID: 318                                        Total Noticed: 49

MICHAEL A. CIBIK
                          on behalf of Debtor Debra Benekin help@cibiklaw.com
                          noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                          m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
                          on behalf of Joint Debtor Stephen Morgan help@cibiklaw.com
                          noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                          m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Debra Benekin** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7014 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Stephen Morgan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7144 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   24–12148–amc | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra Benekin                                        Stephen Morgan

9/26/24                                                  **By the court:**  Ashely M. Chan
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**